UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TARKETT, individually and on behalf of all others similarly situated,<br><br>                                         Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, a Texas Corporation,<br><br>                                         Defendant. | Case No.: 3:23-cv-01724-H-BLM<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE** |

On June 10, 2024, the Court granted Defendant USAA General Indemnity Company's ("Defendant") motion to dismiss and dismissed Plaintiff Joseph Tarkett's ("Plaintiff") first amended complaint with leave to amend. (Doc. No. 23.) The Court granted Plaintiff thirty (30) days to file an amended complaint to cure the deficiencies in his first amended complaint if he could do so. (Id. at 14.) On July 10, 2024, Plaintiff filed a notice of intent to not file an amended complaint in federal court. (Doc. No. 24.) Additionally, the time allotted for Plaintiff to file an amended complaint has lapsed. (See Doc. No. 23 at 14.) Accordingly, the Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: July 17, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT