

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Tarkett, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>V.<br><br>USAA General Indemnity Company<br><br>Defendant. | Civil Action No.   23-cv-1724-H-BLM<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court granted Plaintiff thirty (30) days to file an amended complaint to cure the deficiencies in his first amended complaint if he could do so. (Id. at 14.) On July 10, 2024, Plaintiff filed a notice of intent to not file an amended complaint in federal court. (Doc. No. 24.) Additionally, the time allotted for Plaintiff to file an amended complaint has lapsed. (See Doc. No. 23 at 14.) Accordingly, the Clerk of the Court is directed to close the case. The case is hereby closed.

| | |
|---|---|
| **Date:**   7/17/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  M.Williams<br><br>M.Williams, Deputy |